# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM MARTIN, | Case No.: 19cv853-LAB (WVG) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 13]** |
| v. | |
| MERCEDES-BENZ USA LLC, a Corporation, et al., | |
| Defendants. | |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 13. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a).

**IT IS SO ORDERED**.

Dated: September 24, 2019

*Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge